STATE *v.* JOSHUA, a slave.

Although the day fixed for execution by the magistrates before whom a slave has been tried for a capital offence has elapsed, pending an appeal, on the judgment being affirmed, it is the duty of the Sheriff to execute the sentence.

APPEAL from the Justice's Court of the Parish of St. James.

*T. J. Semmes,* Attorney General, for the State.

VOORHIES, J. The prisoner was found guilty of the crime of committing a rape on the person of a white woman, and sentenced to be hung on the first Monday of August, 1859.

This judgment must be affirmed. There is no bill of exception in the record, nor has the defendant's counsel filed an assignment of errors. Besides, upon an inspection of the papers, we do not perceive any error, which might have avoided the proceedings.

The day fixed for the execution of the prisoner has elapsed; but the magistrates who sat on the special tribunal, from which this appeal was taken, are referred to the following cases as a guide in this matter : *State* v. *Jonas and Sam,* 6 An. 695 ; *State* v. *Oscar,* 13 An. 297.

It is, therefore, ordered and decreed, that the judgment of the inferior court be affirmed.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

CHARLES JENKINS *v.* NEW ORLEANS, OPELOUSAS AND GREAT WESTERN BAILROAD COMPANY.

An action cannot be maintained by a railroad company against the owner of cattle, for damages occasioned by the cars coming in collision with the cattle on the road, while it remains uninclosed.

APPEAL from the District Court of the Parish of Terrebonne, *Roman,* J.

*Goode & Aycock,* for plaintiff.  *Connely & Rightor,* for defendant and appellant.

LAND, J. This suit is of the same nature as that of *Michel Knight* against the same defendants, ante p, 105. The plaintiff's claim is for less than three hundred dollars, and not within the jurisdiction of this court.

The defendants, in their answer, claim in reconvention, the sum of five hundred dollars for damages, alleged to have been occasioned by the trespass of plaintiff's cattle on their road, and by collisions with them. The plaintiff has the right to let his cattle run at large ; and so long as the road of the defendants remains uninclosed, they will have no right of action against him, on the grounds stated in their answer.

It is, therefore, ordered, adjudged and decreed, that the judgment of the lower court, on the reconventional demand of the defendants, be affirmed, with costs.